AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

JOHN DOE,

        Plaintiff,

v.

ALFRED BIGELOW, et al.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:19-cv-00107-TC

IT IS ORDERED AND ADJUDGED

That this action is dismissed without prejudice.

December 22, 2023

*Date*

BY THE COURT:

*Tena Campbell*
Tena Campbell
United States District Court Judge